UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 2 7 2005

Michael N. Milby, Clerk

## ORDER TO DISBURSE CASH BOND

| Criminal Action Number | Termination Date | Division |
|---|---|---|
| 7:04-CR-2115M | 4/27/05 | McAllen |

| Depositor's Names & Address |
|---|
| 7:04-CR-427-01<br>Bond is remitted to the person or business at the address on the affidavit of ownership previously submitted to the clerk. |

| Amount Deposited | Defendant's Name |
|---|---|
| $ 5,000.00 | JUAN FRANCISCO RENOVATO |
|  |  |

This cash deposit having been made to secure the defendant's bond and the case having been terminated, the Clerk is ordered to issue a registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on __27__ day of __June__, 2005.

_____
Randy Crane,
United States District Judge

*Approved.*

United States District Clerk

By: __XXXXXXXXXXXXXXXXXXXX__          By: _____
      Criminal Deputy Clerk                         Financial Deputy Clerk

No objection.
United States Attorney

By: _____
Assistant U.S. Attorney

O:\Finance\tmp- orders to disburse.wpd